[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for ~~Pro Se~~ Litigants

*SElf RepresentA*

Information entered on this form is required for any person filing a case in this court as a pro se ① party (that is, without an attorney). **Please PRINT legibly.**

Case Title: ~~Kennedy V University of Notre Dame du Lac~~ *State of Illinois, et. al.*

1:18-cv-06350
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert

An appearance is hereby filed by the undersigned

Name: Edward Thomas Kennedy

Street Address: 401 Tillage Rd.

City/State/Zip: Breinigsville PA. 18031

Phone Number: 415-275-1244

Signature: [signed] (sea)

Executed on (date): 9/10/2018

ETK 9/10/18

---

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL — NO ETK 8/21/2018

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

*ECF Access Request Only*

E-Mail Address (Please PRINT legibly.)

**FILED**
SEP 17 2018
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

① Objection to term "pro-se"